■ ANTHONY LOMBARD et al., Respondents, v. RICHARD C. HASTINGS, Appellant.— Order unanimously reversed, without costs of this appeal to either party, and motion granted, without costs. Memorandum: Under the facts and circumstances disclosed by the record herein, the refusal of the Trial Justice to grant the examination requested was an improvident exercise of discretion. (Appeal from order of Erie Special Term denying motion by defendant for further physical examination of plaintiff Mary Lombard before trial.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ JAMES C. HEANEY, Appellant, v. COUNTY OF ERIE, Respondent, and BUFFALO PHILHARMONIC ORCHESTRA SOCIETY, INC., Intervenor-Respondent.— Motion for reargument denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ WARD V. SMITH, Respondent, v. RAY C. VAUGHN, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Bastow, J. P., Goldman, McClusky and Henry, JJ.

■ ROSE DI MARIA, Plaintiff, v. TED D. LITTLE, Defendant. PHILLIP DI MARIA, Plaintiff, v. TED D. LITTLE, Defendant.— Appeal dismissed, without costs, upon stipulation.

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. WALLACE HOLIDAY, Appellant.— Motion granted · to prosecute appeal on one certified copy of judgment roll, one copy of stenographic minutes and five typewritten copies of appellant's brief.

■ NATIONAL BISCUIT COMPANY, Respondent, v. STATE OF NEW YORK, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before December 20, 1960. All briefs must be filed and served on or before December 23, 1960 if appeal is to be on January 1961 Term Calendar.

■ JOHN ZDANWIC, SR., et al., Respondents, v. OTTO W. WINTER et al., Appellants.— Motion granted and appeal dismissed, with $10 motion costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY LEE HINES, Appellant.— Application granted and time for argument of appeal enlarged to include February 1961 Term, on condition that appellant's briefs are filed and served on or before January 20, 1961. Respondent is directed to file and serve brief on or before February 1, 1961.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST JACKSON, Appellant.— Application for final order of dismissal denied. Motion granted to prosecute appeal on certified copy of judgment roll, typewritten briefs, Herald P. Farhringer, Jr., Esq., assigned as counsel and time for argument of appeal enlarged to include February 1961 Term.